Glen Dale Horner
CCA - Cause No. WR-80,814-03

80,814-03

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

August 25, 2015

RE:  State of Texas V. Glen Dale Horner
     Trial Court Cause No. 1080-C, 344Th District
     Court of Chambers County, On Appeal no.
     WR-80,814-03

Dear Clerk:

     Please give me the status of the above cause on appeal with this court, filed on or about February 5, 2015. The last time I checked was April, 2015. Is it under review?


In Kindness,

Glen Dale Horner # 1810564
Eastham Unit
2665 Prison Rd. One
Lovelady, Texas 75851